UNITED STATES of America,
Plaintiff–Appellee,

v.

**Bruce Lamont GOODWIN,**
**Defendant–Appellant.**

No. 12–6836.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 2, 2012.

Bruce Lamont Goodwin, Appellant Pro Se. Winston David Holliday, Jr., Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bruce Lamont Goodwin appeals the district court's text order denying his post-judgment motion to reduce his sentence. We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's order. *See United States v. Goodwin,* No. 5:10–cr–00835–MBS–6 (D.S.C. Apr. 23, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*